AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

TEDDIE CRAIG,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:09-CV-00709-RCJ-VPC**

STATE OF NEVADA, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the Amended Complaint (Dkt #17) is DISMISSED WITH PREJUDICE.

   12/28/2010                                      **LANCE S. WILSON**
                                                               Clerk

                                                          /s/ P. McDonald
                                                          Deputy Clerk